Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: gwatts@hwb-law.com

Attorneys for Use-Plaintiff HCI Steel Building Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| United States of America for the use and benefit of HCI STEEL BUILDING SYSTEMS, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. 3:06-cv-_____ <br><br> **COMPLAINT** <br> **(Miller Act Payment Bond)** |

Plaintiff United States of America for the use and benefit of HCI STEEL BUILDING SYSTEMS, INC. (hereinafter "Use-Plaintiff HCI" and/or "HCI"), by and through its counsel of record, states and alleges as follows:

1.  Use-Plaintiff HCI is an Alaska corporation which is in all ways qualified to maintain this action and to assert this complaint, having paid its last annual taxes

and filed its last biennial report required to maintain its good standing under the Alaska corporations code.

2.  Upon information and belief Defendant Safeco Insurance Company of America (hereinafter referred to as "Safeco") is a foreign insurance company authorized to do business in the State of Alaska, and which does business in Alaska, including issuance of payment and performance bonds.

3.  In compliance with the Miller Act, 40 U.S.C. §270b, Neeser Construction, Inc. (hereinafter "Neeser"), as principal, and Defendant Safeco, as surety, executed payment and performance bonds for the protection of all persons supplying labor and material in the prosecution of work on a public works project of the United States Government/U.S. Army Corps of Engineers (hereinafter "project owner"), known as the Fort Wainwright Alert Holding Area/Pallet Processing Facility located at Fort Wainwright, Alaska ("Project"), which is encompassed under Prime Contract No. DACA85-02-D-0012 and/or task orders issued in regards thereto (hereinafter "Prime Contract").

4.  Use-Plaintiff is within the class of persons protected by the payment bond.

5.  This court has jurisdiction of this action pursuant to 40 U.S.C. § 207b. The suit is brought in the name of the United States of America for the use and benefit of HCI and has been commenced within one year of the day on which the last of the material was supplied by HCI to the project. This suit has been brought in the name of

the United States of America for the use and benefit of HCI and has been commenced within one year of the day on which the last of materials were supplied to the Project by HCI.

6. On or about March 10, 2004 the United States Government, through the U.S. Army Corps of Engineers, contracted with Neeser for construction of the Project located at Fort Wainwright, Alaska, which is in the District of Alaska. Neeser agreed to provide all labor, materials, and equipment required for the construction of the Project, as referenced in the prime contract between Neeser and the United States Government through its agent, U.S. Army Engineer District, and/or task orders issued in regards thereto.

7. On or about March 12, 2004, in compliance with 40 U.S.C. §270(a)(2), Safeco duly executed Payment Bond No. 6255769 (hereinafter "Bond") for protection of persons supplying labor, equipment, or material in the prosecution of the work provided for by the prime contract, which encompasses the Project. Said Bond is now, and at all pertinent times has been, in full force and effect.

8. At the request and direction of Neeser, HCI furnished materials on the project, for which the balance of at least $395,198.21 remains due and owing to HCI by Neeser for materials and extra costs associated therewith, which sum has been owed for more than ninety (90) days.

9.  HCI furnished materials to Neeser in the prosecution of the work provided for by the prime contract.  HCI is presently owed the sum of $395.198.21, plus interest, for said materials and extra costs associated therewith.

10.  The amount presently due HCI for materials provided by HCI to Neeser and extra costs associated therewith is $395,198.21, which sums have been owed for more than ninety (90) days and for which this claim is made. Neeser has failed and/or refused to pay HCI all amounts due HCI on account of materials furnished to Neeser by HCI and incorporated into the Project.

11.  By reason of Neeser's failure to make payment for the materials supplied by HCI and extra costs associated therewith, Defendant Safeco, in its capacity as surety and on the basis of the subject Miller Act Payment Bond, is presently liable to HCI in the amount of at least $395,198.21, together with allowable prejudgment interest, costs, and attorney's fees to the fullest extent allowable.

12.  More than ninety (90) days and less than one (1) year has elapsed after the date on which the last of the materials were supplied/furnished by HCI.

13.  Defendant Safeco is presently liable to HCI in the amount of at least $395,198.21, plus interest as allowed by law.  Pursuant to the Miller Act, Defendant Safeco and its Payment Bond No. 6255769 are liable for all sums which are owed to HCI for materials supplied by HCI to the Project and extra costs associated therewith.

WHEREFORE, Use-Plaintiff HCI Steel Building Systems, Inc. prays for judgment against Defendant Safeco (and its Payment Bond No. 6255769) as follows:

1.  For judgment against Defendant Safeco (and its Payment Bond No. 6255769) in the principle sum of at least $395,198.21, together with any allowable interest, costs, and attorney's fees as allowed by law.

2.  For such other and further relief as the Court deems just and equitable in the premises.

DATED this 16th day of March, 2006, at Anchorage, Alaska.

>HOLMES WEDDLE & BARCOTT
>(A Professional Corporation)
>Attorneys for Use-Plaintiff HCI Steel Building Systems, Inc.
>
>By: __s/Grant E. Watts__
>701 W. Eighth Avenue, Suite 700
>Anchorage, Alaska 99501-3408
>Phone: (907) 274-0666
>Fax: (907) 277-4657
>Email: gwatts@hwb-law.com
>Alaska Bar No. 8609090