Case 3:06-cv-00059-JWS   Document 4   Filed 07/26/2006   Page 1 of 2

Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: gwatts@hwb-law.com

Attorneys for Use-Plaintiff HCI Steel Building Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| United States of America for the use and benefit of HCI STEEL BUILDING SYSTEMS, INC.,<br><br>           Use-Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769,<br><br>           Defendant. | Case No. 3:06-cv-00059 JWS<br><br>**AFFIDAVIT REGARDING PROOF OF SERVICE**<br>**[Fed. R. Civ. P. 4(l)]** |

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

IDA MAE D. WESTFALL, being first duly sworn upon oath, deposes and states as follows:

Affidavit Regarding Proof of Service

Page 1 of 2

*USA fubo HCI Steel Building Systems, Inc. v.*
*Safeco Insurance Company of America*
Case No. 3:06-cv-00059 JWS

1. I am employed as a legal secretary with the law offices of Holmes Weddle & Barcott (A Professional Corporation). Holmes Weddle & Barcott is counsel of record for Use-Plaintiff in this action.

2. I make this Affidavit pursuant to the requirements of Fed. R. Civ. P. 4(l).

3. Service of the Summons and Complaint upon Defendant Safeco Insurance Company of America and its Payment Bond No. 6255769 was made according to the provisions of AS 21.09.190. As attested by the accompanying Certificate of Service from the State of Alaska's Division of Insurance (Exhibit 1), service of process was received by the Division of Insurance and forwarded to Defendant Safeco Insurance Company of America on July 13, 2006. Service of process was therefore effected upon Defendant Safeco Insurance Company of America on July 13, 2006, as provided by AS 21.09.190(b).

_____
Ida Mae D. Westfall

SUBSCRIBED AND SWORN TO before me this 26th day of July, 2006.

OFFICIAL SEAL
STATE OF ALASKA
TINA M. HARDWICK
NOTARY PUBLIC

_Tina M. Hardwick_
Notary Public in and for Alaska
My Commission Expires: 9/8/07