STATE OF ALASKA
DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT
DIVISION OF INSURANCE
JUNEAU, ALASKA

## CERTIFICATE OF SERVICE

I, Linda S. Hall, Director of Insurance, certify that I have been served with the attached document(s): SUMMONS IN A CIVIL CASE AND COMPLAINT (MILLER ACT PAYMENT BOND) IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA AT ANCHORAGE,

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HCI STEEL BUILDING SYSTEMS, INC.,

VS

SAFECO INSURANCE COMPANY OF AMERICA AND ITS PAYMENT BOND NO. 6255769,

CASE NO. 3:06-CV-00059 JWS

and that I have accepted, on your behalf, the above service, as received through the U.S. Mail in Juneau, Alaska, on the 13TH DAY OF JULY, 2006.

In accordance with the provisions of AS 08.18.081, one copy of the document together with my certification is forwarded to you:

SAFECO INSURANCE COMPANY OF AMERICA,

at your address on file in this office, via certified mail, return receipt requested.

Do not file your answer or response with this office. Direct your questions or response to the court, attorney, or party whose name and address appear on the document served.

*Linda S. Hall*

Linda S. Hall
Director



Service of Process Section
Division of Insurance
P.O. Box 110805
Juneau, AK 99811-0805
Ariel Yadao
Phone (907) 465-2515

IN TESTIMONY WHEREOF
I have hereunto set my
hand and affixed my
official seal, at
Juneau, Alaska this 14TH DAY
OF JULY, 2006.

EXHIBIT 1
PAGE 1 OF 1