Julia M. I. Holden, Esq.
Barton J. Wachsteter, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and benefit of HCI STEEL BUILDING SYSTEMS, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, under its Payment Bond No. 6255769, <br><br> Defendant. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3-06-CV-00059 JWS |

NOTICE OF APPEARANCE

Barton J. Wachsteter of Oles Morrison Rinker & Baker LLP hereby gives notice of his appearance in the above-captioned action on behalf of defendant Safeco Insurance Company of America and requests that all pleadings filed in this action be

1  served on him at 745 West 4th Avenue, Suite 502, Anchorage,
2  Alaska 99501.

4  Dated:  August 9, 2006         OLES MORRISON RINKER & BAKER LLP
                                  Attorneys for Safeco Insurance
5                                    Company of America

6                                 By: s/Barton J. Wachsteter
7                                     Julia M. I. Holden
                                      holden@oles.com
8                                     Alaska Bar No. 0310046
                                      Barton J. Wachsteter
9                                     wachsteter@oles.com
                                      Alaska Bar No. 0605026
10                                    745 West 4th Avenue, Suite 502
                                      Anchorage, AK 99501
11                                    Phone: (907) 258-0106
                                      Fax:   (907) 258-5519
12

13  P-BJW 001 NOT appearance 080906 101400005

15          CERTIFICATE OF SERVICE

16  I hereby certify that on this 9th day of
    August, 2006, a true and correct copy of
17  the foregoing was served electronically
    on:

18  Mark S. Bledsoe
19  bledsoe@alaska.net
    Law Offices of Mark S. Bledsoe
20  2525 Blueberry Road, Suite 202
    Anchorage, AK 99503

21  OLES MORRISON RINKER & BAKER LLP

22  By: s/Barton J. Wachsteter

*U.S. ex rel. HCI Steel Building Systems, Inc. v. Safeco*
*Ins. Co. of America*
Case No. 3-06-CV-00059 JWS
Notice of Appearance -- Page 2 of 2

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519