Julia M. I. Holden, Esq.
Barton J. Wachsteter, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and benefit of HCI STEEL BUILDING SYSTEMS, INC.,<br><br>    Use-Plaintiff,<br><br>  vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, under its Payment Bond No. 6255769,<br><br>    Defendant. | Case No. 3-06-CV-00059 JWS |

NOTICE OF APPEARANCE

    Julia M. I. Holden of Oles Morrison Rinker & Baker LLP hereby gives notice of her appearance in the above-captioned action on behalf of defendant Safeco Insurance Company of America and requests that all pleadings filed in this action be

served on her at 745 West 4th Avenue, Suite 502, Anchorage, Alaska 99501.

Dated: August 9, 2006

OLES MORRISON RINKER & BAKER LLP
Attorneys for Safeco Insurance Company of America

By: s/Julia M. I. Holden
Julia M. I. Holden
holden@oles.com
Alaska Bar No. 0310046
Barton J. Wachsteter
wachsteter@oles.com
Alaska Bar No. 0605026
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 258-0106
Fax:   (907) 258-5519

P-JMH 001 NOT appearance 080906 101400005

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2006, a true and correct copy of the foregoing was served electronically on:

Mark S. Bledsoe
bledsoe@alaska.net
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*U.S. ex rel. HCI Steel Building Systems, Inc. v. Safeco Ins. Co. of America*
Case No. 3-06-CV-00059 JWS
Notice of Appearance -- Page 2 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519