Julia M. I. Holden, Esq.
Barton J. Wachsteter, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and benefit of HCI STEEL BUILDING SYSTEMS, INC.,<br><br>      Use-Plaintiff,<br><br>  vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, under its Payment Bond No. 6255769,<br><br>      Defendant. | Case No. 3-06-CV-00059 JWS<br><br><u>ANSWER</u> |

COMES NOW defendant Safeco Insurance Company of America and its Payment Bond No. 6255769 ("Safeco") and for its answer to the complaint of HCI Steel Building Systems, Inc. ("HCI") states and alleges as follows:

    1.    Safeco admits that HCI is an Alaska corporation but lacks sufficient information as to the truth or falsity of

the remaining allegations in paragraph 1 of HCI's complaint and therefore denies the same.

2.   Safeco admits the allegations in paragraphs 2, 3, 4, 5, 6, and 7 of HCI's complaint.

3.   Safeco admits that HCI furnished certain materials to Neeser as alleged in paragraphs 8 and 9 of HCI's complaint but affirmatively asserts the materials were incomplete, untimely, and defective.

4.   Safeco admits that Neeser refused to pay the sums demanded by HCI.  Safeco denies the remaining allegations in paragraph 10 of HCI's complaint.

5.   Safeco denies the allegations in paragraph 11 of HCI's complaint.

6.   Safeco admits the allegations in paragraph 12 of HCI's complaint.

7.   Safeco denies the allegations in paragraph 13 of HCI's complaint.

*United States ex rel. HCI Steel Building Systems, Inc. v. Safeco Ins. Co. of America*
Case No. 3-06-CV-00059 JWS
Answer -- Page 2 of 5

## AFFIRMATIVE DEFENSES

1. HCI fails to state a claim on which relief may be granted.

2. HCI's claims are barred by the doctrine of unclean hands.

3. HCI's claims are barred by misrepresentation and/or other wrongful conduct of HCI.

4. HCI's claims are barred by the doctrine of promissory and/or equitable estoppel.

5. HCI's claims are barred by the doctrine of waiver.

6. HCI's alleged damages were caused by its own wrongful conduct and/or acts or omissions

7. HCI's alleged damages were caused by the wrongful conduct or acts or omissions of others.

8. HCI's claims are barred due to its failure to mitigate.

9. HCI breached its obligations and duties owed to Neeser.

10. HCI failed to meet conditions precedent to prosecuting a claim against Safeco's bond.

11. HCI breached the implied covenant of good faith and fair dealing.

12. Neeser has offsets and claims which exceed any amounts allegedly owed to HCI.

13. HCI's claims are barred due to fraud and/or deceit on the part of HCI and/or other wrongful conduct.

14. HCI's claims are barred due to its own fault and negligence.

15. HCI's claims are barred by virtue of its breach of the agreement with Neeser.

PRAYER FOR RELIEF

WHEREFORE Safeco prays for the following relief:

1. For a final judgment dismissing HCI's complaint with prejudice;

2. For a final judgment awarding Safeco all of its actual costs and attorney's fees incurred in defending against HCI's complaint, the exact amount of which will be proven at trial; and

3. For such other and further relief as the court may deem just, proper, and equitable under the circumstances.

Dated:  August 11, 2006        OLES MORRISON RINKER & BAKER LLP
                               Attorneys for Safeco Insurance
                                  Company of America

                               By: s/Barton J. Wachsteter
                                   Julia M. I. Holden
                                   holden@oles.com
                                   Alaska Bar No. 0310046
                                   Barton J. Wachsteter
                                   wachsteter@oles.com
                                   Alaska Bar No. 0605026
                                   745 West 4th Avenue, Suite 502
                                   Anchorage, AK 99501
                                   Phone: (907) 258-0106
                                   Fax:   (907) 258-5519

P-BJW 002 ANS 081106 101400005

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2006, a true and correct copy of the foregoing was served electronically on:

Mark S. Bledsoe
bledsoe@alaska.net
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

OLES MORRISON RINKER & BAKER LLP

By: s/Barton J. Wachsteter

*United States ex rel. HCI Steel Building Systems, Inc. v. Safeco Ins. Co. of America*
Case No. 3-06-CV-00059 JWS
Answer -- Page 5 of 5