## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 HCI STEEL BUILDING SYSTEMS,   v.   SAFECO INSURANCE CO. OF 
 INC, "Ex Rel."                     AMERICA 

HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                               CASE NO. 3:06-cv-00059-JWS 

 Pam Richter 

PROCEEDINGS:
**MINUTE ORDER FROM CHAMBERS**                DATE: August 14, 2006

### INITIAL CASE STATUS REPORT / CASE SCHEDULING & PLANNING

        Pursuant to Rules 16(b) and 26(f), FED. R. CIV. P., and D.Ak.
LR 16.1 counsel for all parties must meet within twenty-one (21) days
from service of this order, and execute and file with the court, on or
before twenty-eight (28) days from service of this order, a report as
to the status and discovery needs of this case.  The report must
conform to LCF 26(f), a copy of which is attached.  Older scheduling
and planning report forms are not acceptable.  The required report
form is available online in WordPerfect format on the court's web site
at http://www.akd.uscourts.gov in the forms section.

        In the event that the parties are actively engaged in
substantive settlement negotiations, in lieu of the LCF 26(f)
scheduling and planning report, the parties are to file within the
time specified above for filing the scheduling and conference report,
a joint status report so informing the court.  The settlement
negotiation status report must include the date by which the parties
expect those negotiations to be completed.

[]{Rev. 07/04}

*(Insert Atty (or party if pro se) Name, Address,*

*Telephone and Facsimile Numbers and e-mail*

*address)*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| (*Insert Name of Plaintiff*) | ) | |
| Plaintiff(s) | ) | Case No.    (*Insert Case No*) |
| vs | ) | |
| | ) | |
| (*Insert name of Defendant*) | ) | |
| Defendant(s) | ) | SCHEDULING AND PLANNING |
| | ) | CONFERENCE REPORT |

1.      **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on (*insert date*) and was attended by:

(*Insert attorney's name*)        attorney for plaintiff (*insert name of party*)

(*Insert attorney's name*)        attorney for defendant (*insert name of party*)

(*Insert attorney's name*)        attorney for defendant (*insert name of party*)

(*Insert attorney's name*)        attorney for defendant (*insert name of party*)

The parties recommend the following:

2.      **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

\_\_\_\_      have been exchanged by the parties

\_\_\_\_      will be exchanged by the parties by (*insert date*)

Proposed changes to disclosure requirements:  (*Insert proposed changes, if any*)

Preliminary witness lists

_____ have been exchanged by the parties

_____ will be exchanged by the parties by (*insert date*)

3.    **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

(*insert contested issues*)

4.    **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

(*Insert discovery issues*)

B. All discovery commenced in time to be completed by (*insert date*) ("discovery close date").

C.  Limitations on Discovery.

1.    Interrogatories

_____ No change from F.R.Civ.P. 33(a)

_____ Maximum of _____ by each party to any other party.

Responses due in _____ days.

2.    Requests for Admissions.

_____ No change from F.R.Civ.P. 36(a).

_____ Maximum of _____ requests.

Responses due in _____ days.

3.    Depositions.

_____ No change from F.R.Civ.P. 36(a), (d).

_____ Maximum of _____ depositions by each party.

Depositions not to exceed _____ hours unless agreed to by all parties.

D.    Reports from retained experts.

_____    Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

_____    Reports due:

From plaintiff (*insert date*)          From defendant (*insert date*)

E.    Supplementation of disclosures and discovery responses are to be made:

_____    Periodically at 60-day intervals from the entry of scheduling and planning order.

_____    As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

_____    45 days prior to the close of discovery.

_____    Not later than (*insert date*)

5.    **Pretrial Motions**.

_____    No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

_____    Motions to amend pleadings or add parties to be filed not later than (*insert date*).

_____    Motions under the discovery rules must be filed not later than (*insert date*).

_____    Motions in limine and dispositive motions must be filed not later than (*insert date*).

6.    **Other Provisions**:

A.  ___  The parties do not request a conference with the court before the entry of the scheduling order.

___  The parties request a scheduling conference with the court on the following issue(s):

(*Insert issues on which a conference is requested*)

B.  Alternative Dispute Resolution.  [D.Ak. LR 16.2]

___  This matter is not considered a candidate for court-annexed alternative dispute resolution.

___  The parties will file a request for alternative dispute resolution not later than (*insert date*).

___  Mediation    ___  Early Neutral Evaluation

C.  The parties ___ do ___ not consent to trial before a magistrate judge.

D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

___  All parties have complied    ___  Compliance not required by any party

7.  **Trial**.

A.  The matter will be ready for trial:

___  45 days after the discovery close date.

___  not later than (*insert date*).

B.  This matter is expected to take ___ days to try.

C.  Jury Demanded ___ Yes ___ No

Right to jury trial disputed? ___ Yes ___ No

Dated:

(Insert Signature Block for Plaintiff's Attorney)

(Insert Signature Block for Defendant's Attorney)

(Insert Signature Block for Defendant's Attorney)

(Insert Signature Block for Defendant's Attorney)