Julia M. I. Holden, Esq.
Barton J. Wachsteter, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of HCI STEEL BUILDING SYSTEMS, INC., | ) ) ) ) | Case No. 3-06-CV-00059 JWS |
| Use-Plaintiff, | ) ) | |
| vs. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, under its Payment Bond No. 6255769, | ) ) ) ) | RULE 7.1 DISCLOSURE |
| Defendant. | ) ) | |

Pursuant to Fed. R. Civ. P. 7.1, defendant Safeco

Insurance Company of America ("Safeco"), by and through counsel

Oles Morrison Rinker & Baker LLP, states that Safeco is a

corporation organized under the laws of the State of Washington,

with principal offices at Seattle, Washington.  Safeco is a

wholly owned subsidiary of Safeco Corporation, which is also a

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

Washington corporation, with principal offices at Seattle,

Washington.  Safeco Corporation is a publicly held corporation.


Dated:  September 8, 2006        OLES MORRISON RINKER & BAKER LLP
                                 Attorneys for Safeco Insurance
                                    Company of America

                                 By: s/Julia M. I. Holden
                                     Julia M. I. Holden
                                     holden@oles.com
                                     Alaska Bar No. 0310046
                                     Barton J. Wachsteter
                                     wachsteter@oles.com
                                     Alaska Bar No. 0605026
                                     745 West 4th Avenue, Suite 502
                                     Anchorage, AK 99501
                                     Phone: (907) 258-0106
                                     Fax:  (907) 258-5519

P-JMH 003 DIS Rule 7.1 090806 101400005A


                CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of
September, 2006, a true and correct copy
of the foregoing was served
electronically on:

Grant Watts, Esq.
Holmes, Weddle & Barcott, P.C.
701 West Eighth Avenue, Suite 700
Anchorage, AK 99501-3408
gwatts@hwb-law.com

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden


*U.S. ex rel. HCI Steel Building Systems, Inc. v. Safeco
Ins. Co. of America*
Case No. 3-06-CV-00059 JWS
Rule 7.1 Disclosure -- Page 2 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519