Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: gwatts@hwb-law.com

Attorneys for Use-Plaintiff HCI Steel Building Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| United States of America for the use and benefit of HCI STEEL BUILDING SYSTEMS, INC., <br><br>                    Use-Plaintiff, <br><br>     vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br>                    Defendant. | Case No. 3:06-cv-00059 JWS <br><br> **SCHEDULING AND PLANNING CONFERENCE REPORT** |

1.   **Meeting**.   In accordance with F.R.Civ.P. 26(f), a meeting was held on September 5, 2006 and was attended by:

   Grant E. Watts attorney for Use-Plaintiff HCI Steel Building Systems, Inc.

   Julia M. I. Holden attorney for Defendant Safeco Insurance Company of America and its Payment Bond No. 6255769

The parties recommend the following:

2. **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

☐ have been exchanged by the parties

☑ will be exchanged by the parties by November 1, 2006.[1]

Proposed changes to disclosure requirements:

Preliminary witness lists.

☐ have been exchanged by the parties

☑ will be exchanged by the parties by February 21, 2007.

3. **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Whether Use-Plaintiff is entitled to recover damages from Defendant based on its Miller Act claim, and if so, in what amount?

Whether Defendant's defenses bar or limit Use-Plaintiff's claims, and/or bar or limit any damages sought by Use-Plaintiff in the action.

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A.   Discovery will be needed on the following issues:

    Liability, damages and defenses.

    B.   All discovery commenced in time to be completed by April 30, 2007 ("discovery close date").

---

[1]   It is defendant's position, because of the concurrent litigation in state court at *Neeser Construction, Inc. v. HCI Steel Building Systems, Inc.,* 3AN-05-6245 CIV, Anchorage Superior Court, that this matter should be stayed pending resolution of that matter. Defendant intends to file a motion for stay in this action if agreement is not reached on that issue. Plaintiff's position is that Plaintiff has the right to proceed with this Miller Act suit.

C. Limitations on Discovery.

1. Interrogatories

☑ No change from F.R.Civ.P. 33(a)

☐ Maximum of _____ by each party to any other party.

Responses due in _____ days.

2. Requests for Admission.

☑ No change from F.R.Civ.P. 36(a)

☐ Maximum of _____ requests.

Responses due in _____ days.

3. Depositions.

☑ No change from F.R.Civ.P. 36(a), (d).

☐ Maximum of _____ depositions by each party.

Depositions not to exceed _____ hours unless agreed to by all parties.

D. Reports from retained experts.

☐ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

☑ Reports due:

From Plaintiff April 2, 2007          From Defendant April 2, 2007

    E.    Supplementation of disclosures and discovery responses are to be made:

        ☑ Periodically at 60-day intervals from the entry of scheduling and planning order.

        ☐ As new information is acquired, but not later than 60 days before the close of discovery.

    F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        ☐ 45 days prior to the close of discovery.

        ☑ Not later than 30 days after the close of discovery.

5. **Pretrial Motions**.

    ☐ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply].

    ☑ Motions to amend pleadings or add parties to be filed not later than November 1, 2007

    ☑ Motions under the discovery rules must be filed not later than May 15, 2007.

    ☑ Motions in limine and dispositive motions must be filed not later than April 30, 2007

6. **Other Provisions**:

    A.    ☑ The parties do not request a conference with the court before the entry of the scheduling order.

        ☐ The parties request a scheduling conference with the court on the following issue(s):

Scheduling and Planning Conference Report    *USA fubo HCI Steel Building Systems, Inc. v. Safeco Insurance Company of America*

Page 4 of 6    Case No. 3:06-cv-00059 JWS

      B.      Alternative Dispute Resolution [D.Ak. LR 16.2]

          ☑ This matter is not considered a candidate for court-annexed alternative dispute resolution.

          ☐ The parties will file a request for alternative dispute resolution not later than _____.

          ☐ Mediation     ☐ Early Neutral Evaluation

      C.      The parties ☐ do ☑ not consent to trial before a magistrate judge.

      D.      Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

          All parties have complied or will comply by November 1, 2006.

7. **Trial**.
    A.      The matter will be ready for trial:

          ☐ 45 days after the discovery close date.

          ☑ On or after August 27, 2007.

    B.      This matter is expected to take ___15___ days to try.

    C.      Jury Demanded    ☐ Yes    ☑ No

          Right to jury trial disputed?    ☐ Yes    ☑ No

Scheduling and Planning Conference Report    *USA fubo HCI Steel Building Systems, Inc. v.*
    *Safeco Insurance Company of America*
Page 5 of 6    Case No. 3:06-cv-00059 JWS

|  |  |
|---|---|
|  | HOLMES WEDDLE & BARCOTT<br>(A Professional Corporation)<br>Attorneys for Use-Plaintiff HCI Steel Building Systems, Inc. |
| Dated:  September 22, 2006 | By:  s/Grant E. Watts<br>701 W. Eighth Avenue, Suite 700<br>Anchorage, Alaska 99501-3408<br>Phone: (907) 274-0666<br>Fax: (907) 277-4657<br>Email: gwatts@hwb-law.com<br>Alaska Bar No. 8609090 |
|  | OLES MORRISON RINKER & BAKER, LLP<br>Attorneys for for Defendant Safeco Insurance Company of America and its Payment Bond No. 6255769 |
| Dated:  September 22, 2006 | By:  s/Julia M.I. Holden  (by consent)<br>745 West 4th Avenue, Suite 502<br>Anchorage, Alaska  99501-2136<br>Phone:  (907) 258-0106<br>Fax:  (907) 258-5519<br>Email: holden@oles.com<br>Alaska Bar No. 0310046 |