Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: gwatts@hwb-law.com

Attorneys for Use-Plaintiff HCI Steel Building Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| United States of America for the use and benefit of HCI STEEL BUILDING SYSTEMS, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6255769, <br><br> Defendant. | Case No. 3:06-cv-00059 JWS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

COME NOW Use Plaintiff HCI Steel Building Systems, Inc. and Defendant Safeco Insurance Company of America and its Payment Bond No. 6255769, by and through their respective counsel of record, and, pursuant to Fed R. Civ. P. 41(a)(1)[ii], hereby stipulate to dismissal of the above-captioned case (including all claims asserted or assertable therein), With Prejudice and Without Costs. The above-referenced parties

Stipulation For Dismissal With
Prejudice And Without Costs
Page 1 of 2

*USA fubo HCI Steel Building Systems, Inc. v.
Safeco Insurance Company of America*
Case No. 3:06-cv-00059 JWS

shall each bear their own costs and attorneys' fees incurred in regards to the above-captioned matter.

DATED this 20th day of November, 2006, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Use Plaintiff HCI
Steel Building Systems, Inc.

By: _____
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: gwatts@hwb-law.com
Alaska Bar No. 8609090

OLES MORRISON RINKER & BAKER
Attorneys for Defendant Safeco
Insurance Company of America
and its Payment Bond No. 6255769

11-17-06

By: _____
Oles Morrison Rinker & Baker LLP
745 W. Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Phone: (907) 258-0106
Fax: (907) 258-5519
Alaska Bar No. 0310046

**CERTIFICATE OF SERVICE**
I hereby certify that on November 20, 2006 a copy of the foregoing Stipulation For Dismissal With Prejudice and Without Costs was served electronically on:

    Julia M. I. Holden, Esq.
    Barton J. Wachsteter

_____
Grant E. Watts

Stipulation For Dismissal With
Prejudice And Without Costs
Page 2 of 2

*USA fubo HCI Steel Building Systems, Inc. v.
Safeco Insurance Company of America*
Case No. 3:06-cv-00059 JWS